326 So.2d 159

**Ex parte Ralph E. McKINNON.**

**6 Div. 132.**

Court of Criminal Appeals of Alabama.

Jan. 20, 1976.

Robert R. Bryan, Birmingham, for petitioner.

## PER CURIAM.

The petition for writ of mandamus and material filed in support thereof being insufficient, as a matter of law, the rule nisi is quashed, and the petition for writ of mandamus is denied.

All the Judges concur.

William J. Baxley, Atty. Gen., and Quentin Q. Brown, Jr., Asst. Atty. Gen., for the respondent, the State.